JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

MIGUEL GONZALEZ,

        Petitioner,

    v.

MIKE MARTEL,

        Respondent.

_____

Case No.  CV10-6140-CAS(MAN)

JUDGMENT

     Pursuant to the Court's Order Dismissing Petition As Second Or Successive And Denying Certificate of Appealability,

     IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Date:  November 8, 2010

_____
CHRISTINA A. SNYDER
United States District Judge